**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*************************************

United States

-v.-

Singh and Ceraolo

*************************************

22-mj-213
Docket Number

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Alexander Mindlin
Firm Name: USAO-EDNY
Address: _____

Phone Number: 347-677-2387
E-Mail Address: alexander.mindlin@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ___
If yes, state description of document to be entered on docket sheet: _____

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

3/9/2023
DATE

_____
SIGNATURE

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

Criminal investigation pending

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn _____, NEW YORK
       March 10, 2023

*Marcia M. Henry*
**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE _____ DATE