# U.S. District Court
## District of Rhode Island (Providence)
## CRIMINAL DOCKET FOR CASE #: <u>1:23-mj-00020-LDA</u> All Defendants

| | |
|---|---|
| Case title: USA v. Singh | Date Filed: 03/14/2023 |

Assigned to: Magistrate Judge Lincoln D. Almond

**Defendant (1)**

| | | |
|---|---|---|
| **Sagar Steven Singh**<br>*agent of*<br>Weep | represented by | **Michael J. Lepizzera**<br>Lepizzera & Laprocina<br>117 Metro Center Blvd.<br>Suite 2001<br>Warwick, RI 02886<br>401-739-7397<br>Fax: 384-6950<br>Email: mlepizzera@leplap.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| CONSPIRACY TO COMMIT COMPUTER INTRUSION in Violation of 18 USC 1030(b) and 1349 | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Paul F. Daly , Jr.**<br>U.S. Attorney's Office<br>50 Kennedy Plaza<br>8th Floor<br>Providence, RI 02903 |

401-709-5048  
Email: paul.daly@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select all / clear | Sort Order | Docket Text |
|---|---|---|---|---|
| 03/14/2023 | 1 | ☐ | | Rule 5(c)(3) Documents Received as to Sagar Steven Singh from the Eastern District of NY (Brooklyn). (Saucier, Martha) (Entered: 03/14/2023) |
| 03/14/2023 | | ☐ | | Arrest (Rule 5) of Sagar Steven Singh in Rhode Island (Saucier, Martha) (Entered: 03/14/2023) |
| 03/14/2023 | 2 | ☐ | | ORDER APPOINTING CJA PANEL ATTORNEY as to Sagar Steven Singh: the Panel Attorney appointed as CJA Counsel is Michael J. Lepizzera for Sagar Steven Singh. So Ordered by Magistrate Judge Lincoln D. Almond on 3/14/2023. (Saucier, Martha) (Entered: 03/14/2023) |
| 03/14/2023 | | ☐ | | Minute Entry for proceedings held before Magistrate Judge Lincoln D. Almond:Initial Appearance in Rule 5(c)(3) Proceedings as to Sagar Steven Singh held on 3/14/2023, Rule 40 Hearing held: Defendant advised of rights as to Sagar Steven Singh held on 3/14/2023, Bond Hearing as to Sagar Steven Singh held on 3/14/2023. Paul Daly for the government; Michael Lepizzera for the defendant; Justin Albergaria for probation. Court informs defendant of his rights and pending charge in Eastern District of NY (Brooklyn); Defendant waives identity hearing and the Court accepts the waiver; Government not seeking detention; Court orders defendant released on conditions and to appear in the Eastern District of NY (Brooklyn on March 23, 2023 at 2:00 pm; Court informs defendant of potential penalties if defendant violates conditions of release; Defendant released.(Court Reporter FTR Recording in Courtroom A at 12:46.)(Saucier, Martha) (Entered: 03/14/2023) |
| 03/14/2023 | 3 | ☐ | | WAIVER of Rule 5 Hearings by Sagar Steven Singh; accepted by Magistrate Judge Almond. (Saucier, Martha) (Entered: 03/14/2023) |
| 03/14/2023 | 4 | ☐ | | ORDER Setting Conditions of Release. So Ordered by Magistrate Judge Lincoln D. Almond on 3/14/2023.(Saucier, Martha) (Entered: 03/14/2023) |

Footer format: `<pagenum>`  
(Numbers, letters, spaces, and <pagenum> only)

⦿ Include full docket sheet  
○ Include abridged docket sheet  
○ Include documents only

[View Selected]  
or  
[Download Selected]