

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AFM/AA                                        *271 Cadman Plaza East*
F. #2022R00315                                *Brooklyn, New York 11201*

                                              March 14, 2023

<u>By E-mail</u>

The Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

              Re:    United States v. Sagar Singh
                     <u>Criminal Docket No. 23-M-213 (TAM)</u>

Dear Judge Merkl:

              The government respectfully moves for an order unsealing in their entirety
the complaint and arrest warrants in the above-captioned matter.

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                           By:      _____/s/_____
                                    Alexander F. Mindlin
                                    Adam Amir
                                    Assistant U.S. Attorney
                                    (718) 254-6116/6433

Enclosures

cc:    Clerk of Court (by ECF)

AFM/AA
F.# 2022R00315

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SAGAR SINGH,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

23-M-213 (TAM)

        Upon the application of BREON PEACE, United States Attorney for the Eastern

District of New York, by Assistant United States Attorneys Alexander F. Mindlin and Adam

Amir, for an order unsealing the complaint and arrest warrants in the above-captioned matter.

        WHEREFORE, it is ordered that the complaint and arrest warrants in this matter

be unsealed.

Dated:    Brooklyn, New York
          March 14          , 2023

                      *Taryn A. Merkl*
                  HONORABLE TARYN A. MERKL
                  UNITED STATES MAGISTRATE JUDGE
                  EASTERN DISTRICT OF NEW YORK