AFM/EHS/AA
F.# 2022R00315

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       - against -

NICHOLAS CERAOLO

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

<u>O R D E R</u>

<u>23-MJ-213</u>

        Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Alexander F. Mindlin, Ellen H. Sise, and Adam Amir, for an order scheduling an initial appearance and arraignment for the defendant NICHOLAS CERAOLO.

        WHEREFORE, it is ordered that the defendant NICHOLAS CERAOLO appear for an arraignment before the Duty Magistrate Judge in Courtroom 2A of the U.S. District Court for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York on March 23, 2023, at 2:00 p.m. in the above-captioned case.

Dated:   Brooklyn, New York
        March 17, 2023

                   *Taryn A. Merkl*
                 HONORABLE TARYN A. MERKL
                 UNITED STATES MAGISTRATE JUDGE
                 EASTERN DISTRICT OF NEW YORK