Query   Reports   Utilities   Help   What's New   Log Out

BOND, CLOSED

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:23-mj-01280-MRM All Defendants

| | |
|---|---|
| Case title: USA v. Ceraolo | Date Filed: 03/15/2023 |
| Other court case number: 23-MJ-213 Eastern District of New York | Date Terminated: 03/15/2023 |

Assigned to: Magistrate Judge Mac R. McCoy

**Defendant (1)**

**Nicholas Ceraolo**  represented by  **Kathleen M. Sweeney**
*TERMINATED: 03/15/2023*                Federal Public Defender's Office
                                        400 N Tampa St Ste 2700
                                        Tampa, FL 33602-4726
                                        813-228-2715
                                        Fax: 813-228-2562
                                        Email: Kathleen_Sweeney@fd.org
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

Query    Reports    Utilities    Help    What's New    Log Out

CONSPIRACY TO COMMIT MAIL FRAUD

---

**Plaintiff**

**USA**                                         represented by    **Suzanne Elizabeth Huyler**
                                                                  US Attorney's Office - FLM
                                                                  Suite 3200
                                                                  400 N Tampa St
                                                                  Tampa, FL 33602-4798
                                                                  813-274-6063
                                                                  Email: Suzanne.Huyler@usdoj.gov
                                                                  *ATTORNEY TO BE NOTICED*
                                                                  *Designation: Retained*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/15/2023 | 1 | Arrest pursuant to Rule 5(c)(2) of Nicholas Ceraolo from the Eastern District of New York. (FN) (Entered: 03/15/2023) |
| 03/15/2023 | 3 | ***CJA 23 Financial Affidavit by Nicholas Ceraolo. (FN) (Entered: 03/15/2023) |
| 03/15/2023 | 4 | **ORDER as to Nicholas Ceraolo: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (FN)** (Entered: 03/15/2023) |
| 03/15/2023 | 5 | ORAL MOTION to Appoint Counsel and ORAL MOTION for Bond by Nicholas Ceraolo. (FN) (Entered: 03/15/2023) |
| 03/15/2023 | 6 | Minute Entry for In Person proceedings held before Magistrate Judge Mac R. McCoy: granting 5 Oral Motion to Appoint Counsel; and granting 5 Oral Motion for Bond by Nicholas Ceraolo (1). INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 3/15/2023 as to Nicholas Ceraolo from the Eastern District of New York. (Digital) (FN) (Entered: 03/15/2023) |
| 03/15/2023 | 7 | **ORAL ORDER as to Nicholas Ceraolo: DUE PROCESS PROTECTION ACT ORAL ORDER. As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge Mac R. McCoy on 3/15/2023. (FN)** (Entered: 03/15/2023) |
| 03/15/2023 | 8 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Nicholas Ceraolo. Kathleen M. Sweeney for Nicholas Ceraolo appointed. Signed by Magistrate Judge Mac R. McCoy on 3/15/2023. (FN)** (Entered: 03/15/2023) |

| | | |
|---|---|---|
| | | McCoy on 3/15/2023. **(FN)** (Entered: 03/15/2023) |
| 03/15/2023 | <u>10</u> | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Eastern District of New York as to Nicholas Ceraolo. Signed by Magistrate Judge Mac R. McCoy on 3/15/2023. (FN)** (Entered: 03/15/2023) |
| 03/15/2023 | | NOTICE to Eastern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Nicholas Ceraolo regarding your case number: 23-MJ-213. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (FN) (Entered: 03/15/2023) |