AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No.  No. 23-M-213 |
| NICHOLAS CERAOLO | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NICHOLAS CERAOLO

Date: 03/23/2023

*Attorney's signature*

ROBERT APPLETON
*Printed name and bar number*

1325 Avenue of the Americas, 15th Floor
New York, New York 10019
*Address*

rappleton@olshanlaw.com
*E-mail address*

(212) 451-2288
*Telephone number*

(212) 451-2222
*FAX number*