UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                22-CR-236 (FB)

SAGAR SINGH, and
NICHOLAS CERAOLO,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Adam Amir from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Adam Amir
       United States Attorney's Office (Criminal Division)
       271-A Cadman Plaza East
       Brooklyn, New York 11201
       Tel:  (718) 254-6116
       Email: adam.amir@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Adam Amir at the email address set forth above.

Dated:   Brooklyn, New York
        June 5, 2023

                                            Respectfully submitted,

                                            BREON PEACE
                                            United States Attorney

                          By:   /s/ Adam Amir
                                Adam Amir
                                Assistant U.S. Attorney
                                (718) 254-6116

cc:  Clerk of the Court (FB)