## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Robert Levy**         DATE: **6/8/2023**

DOCKET NUMBER: **23 CR 236 (FB)**        LOG #: **11:23 – 11:25**

DEFENDANT'S NAME: **Nicholas Ceraolo**
**X** Present ___ Not Present ___ Custody **X** Bail

DEFENSE COUNSEL: **Robert Apelton**
___ Federal Defender ___ CJA **X** Retained

A.U.S.A **Alex Mindlin + Adam Amir**   CLERK: SM Yuen

Probation: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation
✓ Defendant pleads NOT GUILTY to ALL counts.
___ Rule 5f Order read into the record.
___ BAIL HEARING Held.    ___ Defendant's first appearance.
   ___ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted
___ Temporary Order of Detention Issued. Bail Hearing set for _____
___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
**X** Order of Excludable Delay/Speedy Trial entered. Start **6/8/23** Stop **9/7/2023**
___ Medical memo issued.
___ Defendant failed to appear; bench warrant issued.
___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____