## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE Cheryl Pollak _____   DATE: 6/22/2023 _____

DOCKET NUMBER: 23 CR 236 (FB) _____   LOG #: 11:22 – 11:27 _____

DEFENDANT'S NAME: Sagar Singh _____
✓ Present    ___ Not Present    ___ Custody    ✓ Bail

DEFENSE COUNSEL: Jeremy Gutman _____
___ Federal Defender    ___ CJA    ___ Retained

A.U.S.A  Adam Amir + Alex Mindlin   CLERK: SM Yuen _____

Probation: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ Rule 5f Order read into the record.

___ BAIL HEARING Held.    ___ Defendant's first appearance.

   ___ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.

   ___ Defendant advised of bond conditions set by the Court and signed the bond.

   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

   ___ (Additional) surety/ies to co-sign bond by _____

   ___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered.  Start 6/22  Stop 9/7/23

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____