

U.S. Department of Justice

United States Attorney
Eastern District of New York

AFM/AA
F. #2022R00315

271 Cadman Plaza East
Brooklyn, New York 11201

July 21, 2023

By ECF and E-mail

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Sagar Steven Singh, et al.
       Criminal Docket No. 23-236 (FB)

Dear Judge Block:

    The government respectfully submits the attached stipulation and Rule 16(d)(1) protective order in connection with the above-captioned case. The government and the defendants jointly request that the Court enter the attached order in this matter.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

          By: /s/ Adam Amir
             Adam Amir
             Alexander F. Mindlin
             Assistant U.S. Attorneys
             (718) 254-7000

cc: Clerk of Court (FB)
   Counsel of Record (by E-mail and ECF)