UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                                       23-CR-236 (FB)

SAGAR STEVEN SINGH,
       also known as "Weep," and
NICHOLAS CERAOLO,
       also known as "Convict," "Anon,"
       "Plug Walk Killa," and "Ominous,"

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Ellen H. Sise from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Ellen H. Sise
> United States Attorney's Office (Criminal Division)
> 271-A Cadman Plaza East
> Brooklyn, New York 11201
> Tel:  (718) 254-6166
> Email: Ellen.Sise@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Ellen H. Sise at the email address set forth above.

Dated:   Brooklyn, New York
            October 16, 2023

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Ellen H. Sise
       Ellen H. Sise
       Assistant U.S. Attorney

cc:   Clerk of the Court (FB)