

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM/EHS/AA
F. #2022R00315

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 27, 2023

By ECF and FedEx

Jeremy L. Gutman
521 Fifth Avenue, 17th Floor
New York, NY 10175
212-644-5200
jgutman@jeremygutman.com

Robert Michael Appleton
Olshan, Frome & Wolosky LLC
1325 Avenue of the Americas
Ste 15th Floor
New York, NY 10036
212-451-2288
rappleton@olshanlaw.com

      Re:    United States v. Sagar Singh, et al.
               Criminal Docket No. 23-236 (FB)

Dear Counsel:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery supplements the government's productions on August 18, 2023 and September 20, 2023. The government also requests reciprocal discovery from the defendant. In addition, the government has marked certain records as Sensitive Discovery Material, consistent with the Stipulation and Protective Order entered into on July 24, 2023. See ECF No. 28.

I.      The Government's Discovery

| Bates Numbers | Description |
| --- | --- |
| VILE_0000000269 | Pertinent records from the Discord account belonging to Sagar Singh. This has been produced to all defendants and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000270 | Records received from Discord for the account belonging to Sagar Singh. This has been produced only to Sagar Singh and is marked as SENSITIVE DISCOVERY. |

| VILE_0000000279 | Pertinent records from the Discord accounts belonging to Nicholas Ceraolo. This has been produced to all defendants and is marked as SENSITIVE DISCOVERY. |
|---|---|
| VILE_0000000280 | Records received from Discord for the accounts belonging to Nicholas Ceraolo. This has been produced only to Nicholas Ceraolo and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000281 | Pertinent records from the Discord accounts belonging to the defendants' co-conspirators. This has been produced to all defendants and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000271 | Cellebrite extraction of the iPhone 11 belonging to Sagar Singh (Serial No. C7CCL3Z0N72J). This has been produced only to Sagar Singh and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000274 | Pertinent files from the iPhone 11 belonging to Sagar Singh (Serial No. C7CCL3Z0N72J). This has been produced to all defendants and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000272 | Cellebrite extraction of the iPhone 11 belonging to Sagar Singh (Serial No. 352904110592067). This has been produced only to Sagar Singh and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000273 | Pertinent files from the iPhone 11 belonging to Sagar Singh (Serial No. 352904110592067). This has been produced to all defendants and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000275 | Pertinent files from the Apple MacBook Pro Model A24A5 belonging to Sagar Singh. This has been produced to all defendants and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000276 | Extraction of the Apple MacBook Pro Model A24A5 belonging to Sagar Singh. This has been produced only to Sagar Singh and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000277 | Extraction of the MSI Laptop Model 9560NGW belonging to Sagar Singh. This has been produced only to Sagar Singh and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000278 | Pertinent files of the MSI Laptop Model 9560NGW belonging to Sagar Singh. This has been produced to all defendants and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000282 – VILE_0000000283 | Criminal history report for Nicholas Ceraolo. This has been produced to all defendants. |
| VILE_0000000284 – VILE_0000000314 | An affidavit and warrant to search the Google and Discord accounts belonging to a co-conspirator. This has been produced to all defendants and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000315 – VILE_0000000341 | Photographs taken in connection with the search of a residence located on Campbell Street in Pawtucket, Rhode Island. This has been produced to all defendants. |
| VILE_0000000342 – VILE_0000000376 | Photographs and videos taken in connection with the search of a residence located on 69th Avenue in Forest Hills, New York. This has been produced to all defendants. |

                Very truly yours,

                BREON PEACE
                United States Attorney

By:   /s/ Adam Amir
       Adam Amir
       Assistant U.S. Attorney
       (718) 254-6116

Enclosures

cc:    Clerk of the Court (FB) (by ECF) (without enclosures)