

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM/EHS/AA
F. #2022R00315

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 22, 2024

<u>By ECF and FedEx</u>

Jeremy L. Gutman
521 Fifth Avenue, 17th Floor
New York, NY 10175
212-644-5200
jgutman@jeremygutman.com

Robert Michael Appleton
Olshan, Frome & Wolosky LLC
1325 Avenue of the Americas
Ste 15th Floor
New York, NY 10036
212-451-2288
rappleton@olshanlaw.com

    Re: United States v. Sagar Singh, et al.
       <u>Criminal Docket No. 23-236 (FB)</u>

Dear Counsel:

  Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery supplements the government's productions on August 18, 2023, September 20, 2023, and October 27, 2023. The government also requests reciprocal discovery from the defendant. In addition, the government has marked certain records as Sensitive Discovery Material, consistent with the Stipulation and Protective Order entered into on July 24, 2023. <u>See</u> ECF No. 28.

I. <u>The Government's Discovery</u>

| Bates Numbers | Description |
|---|---|
| VILE_0000000377 | Records from an iPhone belonging to a co-conspirator. This has been produced to both defendants and is marked as SENSITIVE DISCOVERY. |
| VILE_0000000378 | Extraction of a Western Digital 2TB hard drive belonging to Sagar Singh (Serial No. WCC4M5CNDE1). This has been produced only to Sagar Singh. |

| | |
|---|---|
| VILE_0000000379 | Extraction of a Dell desktop computer belonging to Sagar Singh (Serial No. 7DXDCS2). This has been produced only to Sagar Singh. |
| VILE_0000000380 | Extraction of an Asus laptop belonging to Nicholas Ceraolo (Serial No. H2N0CY004554065). This has been produced to both defendants. |
| VILE_0000000381 | Records from an Apple iPhone 8 Plus belonging to Nicholas Ceraolo. This has been produced to both defendants and is marked SENSITIVE DISCOVERY. |
| VILE_0000000382 | Records from Discord user "VIXENBUNNY#6437." This has been produced to both defendants and is marked SENSITIVE DISCOVERY. |
| VILE_0000000383 | Records from Google User AGSUMNER06@GMAIL.COM. This has been produced to both defendants and is marked SENSITIVE DISCOVERY. |
| VILE_0000000384 | Consent forms and social media account records associated with Sagar Singh. This has been produced to both defendants and is marked SENSITIVE DISCOVERY |
| VILE_0000000385 | Consent forms and social media account records associated with Nicholas Ceraolo. This has been produced to both defendants and is marked SENSITIVE DISCOVERY |

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Adam Amir
Adam Amir
Ellen H. Sise
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:   Clerk of the Court (FB) (by ECF) (without enclosures)