UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------
UNITES STATES OF AMERICA,           :
                                    :
                                    :        ORDER OF REFERRAL
 -vs-                               :
                                    :        CR-23-236-1(FB)
Sagar Steven Singh,                 :
            Defendant.              :
------------------------------------

      The defendant, **ABOVE**, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge **HENRY** to administer the allocution pursuant to F.R.Crim.P. Rule 11, and make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

      SO ORDERED:

**/s/ Frederic Block**
U.S. District Judge

Dated: Brooklyn, NY

      May 9, 2024

**CONSENTED TO:**

_____
Defendant's signature & Date

_____
Attorney for Defendant's signature

_____
Magistrate Judge