UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------
                                    :
 UNITES STATES OF AMERICA,          :
                                    :
                                    :         ORDER OF REFERRAL
  -vs-                              :
                                    :         CR-23-236-2(FB)
 Nicholas Ceraolo,                  :
           Defendant.               :
------------------------------------

      The defendant, __**ABOVE**__, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge __**HENRY**__ to administer the allocution pursuant to F.R.Crim.P. Rule 11, and make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

                                                SO ORDERED:

                                      __/s/ **Frederic Block**__
                                      U.S. District Judge

Dated: Brooklyn, NY

      May 14, 2024

***CONSENTED TO:***

_____
Defendant's signature & Date

_____
Attorney for Defendant's signature

_____
Magistrate Judge