**JEREMY GUTMAN**
ATTORNEY AT LAW
**521 FIFTH AVENUE, 17TH FLOOR**
NEW YORK, NEW YORK 10175

(212) 644-5200                                                                                                          JGUTMAN@JEREMYGUTMAN.COM

May 23, 2024

**By ECF**

Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Singh
                23 Cr. 236 (FB)

Dear Judge Henry:

      On behalf of my client, Sagar Singh, I am writing to request an adjournment of the plea hearing scheduled for May 28, 2024, which is necessary because the person who would drive Mr. Singh to the courthouse from his home in Rhode Island will not be able to do so next week.

      I have conferred with the government and all parties will be available any time on June 10, 12, or 13, or on the afternoon of June 21st.

      Accordingly, I request that the Court re-schedule the plea proceeding to one of those dates, or to a subsequent date convenient to the Court. The parties consent to the exclusion of time until the adjourned date.

                                                           Respectfully,

                                                            /s/
                                                             Jeremy Gutman
                                                             *Attorney for Defendant*
                                                             *Sagar Singh*