UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Hon. Marcia M. Henry**
**United States Magistrate Judge**

**CRIMINAL CAUSE FOR PLEADING**

DATE: 05/30/2024

USA v. Singh et al.,   Docket No: 23-CR-236-2   Time: 10:30AM   In Court: 45 mins

FTR Log #: _____

Defendant: Nicholas Ceraolo

  _X_ Present   ___Not Present   ___Custody   _X_ Bail

Defense Counsel: Robert Appleton

  _X_ Present   ___Not Present   ___Federal Defenders of New York   ___CJA   _X_ Retained

AUSA: Ellen Sise   Deputy: S. Yu

Court Reporter: Linda Marino   Interpreter: N/A   Language: _____

✓ Case Called
___ Defendant's First Appearance
✓ Defendant: ✓ Sworn ___Arraigned ✓ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superseding Indictment/Information Filed
___ Bench warrant Issued: _____
✓ Defendant Withdraws Not Guilty Plea and Enters a Plea of Guilty to Count 1 & 2
of the Indictment/Superseding Indictment/ Information.
___ Defendant Enters a Plea of Guilty to count(s)_____ of _____ the Information.
✓ Court Finds Factual Basis for the Plea
___ Sentencing will be set by the Probation Office.
___ The Probation Office is directed to prepare and file the PSR by_____ on _____
___ Sentencing is scheduled for _____ at _____.
___ Bail/Bond: _____ Set_____ Continued for Defendant _____ Continued in Custody
___ Case Adjourned to ___/___/____
___ Court accepts the Plea of Guilty.
✓ Transcript Ordered

Text: The Court admitted into evidence the plea agreement **(Court's exhibit one)**

Presentence Report shall be prepared and filed by _____

Defendant's response is due _____ The Government's response is due _____