UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

　　　　　- against -

　　　　　　　　　　　　　　　　　　　23 CR 236 (FB)(MMH)

NICHOLAS CERAOLO

-------------------------------------------------------x

MARCIA M. HENRY, U.S.M.J.:


### CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE MARCIA M. HENRY


　　　　　United States Magistrate Judge Marcia M. Henry has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Marcia M. Henry. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

　　　　　After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Marcia M. Henry.


NICHOLAS CERAOLO
Defendant


ROBERT M. APPLETON
Attorney for the Defendant


ELLEN HANLEY SISE
Assistant United States Attorney


By:＿＿＿Breon S. Peace＿＿＿＿
　　　　United States Attorney

## s/ MMH

Honorable Marcia M. Henry
United States Magistrate Judge

Dated: May 30, 2024
　　　Brooklyn, New York