**JEREMY GUTMAN**
ATTORNEY AT LAW
**521 FIFTH AVENUE, 17TH FLOOR**
NEW YORK, NEW YORK 10175

(212) 644-5200                                                                                          JGUTMAN@JEREMYGUTMAN.COM

May 31, 2024

**By ECF**

Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   United States v. Singh
           <u>23 Cr. 236 (FB)</u>

Dear Judge Henry:

    Because of a change in circumstances, I am writing to propose alternative dates for the change of plea proceeding for my client, Sagar Singh.

    I have conferred with the government, and all parties will be available any time on June 17th through June 20th, other than on the morning of June 18th. Because Mr. Singh will be traveling from Rhode Island, we would prefer a time in the afternoon or late morning, but he will arrange to appear at an earlier time on those dates if that is necessary.

    Accordingly, we ask that, if the Court's schedule permits, it set the plea proceeding for one of the dates suggested above. Thank you for your consideration of this request.

                                                Respectfully,

                                              /s/
                                              Jeremy Gutman
                                              *Attorney for Defendant*
                                              *Sagar Singh*