UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Hon. Marcia M. Henry**
**United States Magistrate Judge**

**CRIMINAL CAUSE FOR PLEADING**

DATE: _____

_____ Docket No: _____ Time: _____ In Court: _____

FTR Log #: _____

Defendant: _____

    \_\_\_ Present    \_\_\_Not Present   \_\_\_Custody   \_\_\_Bail

Defense Counsel: _____

    \_\_\_ Present    \_\_\_Not Present   \_\_\_Federal Defenders of New York   \_\_\_CJA   \_\_\_ Retained

AUSA: _____ Deputy: _____

Court Reporter: _____ Interpreter: _____ Language: _____

\_\_\_Case Called
\_\_\_Defendant's First Appearance
\_\_\_Defendant: \_\_\_Sworn \_\_\_Arraigned \_\_\_\_Informed of Rights
\_\_\_Waiver of Indictment Executed for Defendant
\_\_\_Superseding Indictment/Information Filed
\_\_\_Bench warrant Issued: _____
\_\_\_Defendant Withdraws Not Guilty Plea and Enters a Plea of Guilty to Count \_\_\_\_
of the Indictment/Superseding Indictment/ Information.
\_\_\_Defendant Enters a Plea of Guilty to count(s)_____ of _____the Information.
\_\_\_Court Finds Factual Basis for the Plea
\_\_\_Sentencing will be set by the Probation Office.
\_\_\_The Probation Office is directed to prepare and file the PSR by_____ on _____
\_\_\_Sentencing is scheduled for _____ at _____.
\_\_\_Bail/Bond: \_\_\_\_\_ Set_____ Continued for Defendant _____ Continued in Custody
\_\_\_Case Adjourned to \_\_\_/\_\_\_/\_\_\_\_\_
\_\_\_Court accepts the Plea of Guilty.
\_\_\_Transcript Ordered

Text: The Court admitted into evidence the plea agreement **(Court's exhibit one)**

Presentence Report shall be prepared and filed by _____

Defendant's response is due _____ The Government's response is due _____