UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

    - against -

                             23 CR 236 (FB)(MMH)

SAGAR STEVEN SINGH
------------------------------------------------------X

MARCIA M. HENRY, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE MARCIA M. HENRY

    United States Magistrate Judge Marcia M. Henry has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Marcia M. Henry. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Marcia M. Henry.

_____
SAGAR STEVEN SINGH
Defendant

_____
ELLEN HANLEY SISE
Assistant United States Attorney

_____
JEREMY L. GUTMAN
Attorney for the Defendant

By: __Breon S. Peace__
      United States Attorney

s/ MMH
_____
Honorable Marcia M. Henry
United States Magistrate Judge

Dated: 6/17/24
Brooklyn, New York