

| | U.S. Department of Justice |
|---|---|
| | *United States Attorney*<br>*Eastern District of New York* |
| AFM/EHS/AA<br>F. #2022R00315 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

October 2, 2024

<u>By Email and ECF</u>

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Sagar Singh
       <u>Criminal Docket No. 23-236 (FB)</u>

Dear Judge Block:

    The government respectfully moves the Court to accept the defendant's plea in the above-captioned case. On June 17, 2024, the defendant Sagar Singh pleaded guilty before the Honorable Marcia M. Henry, United States Magistrate Judge, to Counts One and Two of the Indictment. <u>See generally</u> Plea Tr., attached hereto. The defendant allocuted that "In April or May of 2022, [he] was sent login credentials to access a portal. Shortly after, [he] came to understand that the portal was associated with a federal agency and [he] knew [he] wasn't authorized to enter it." <u>Id.</u> at 32. Further, the defendant admitted that he shared the credential with other people and understood they were going to use the credentials to gain access to the portal and its information. <u>Id.</u> Finally, the defendant admitted that he logged in to the federal portal using the credentials. <u>Id.</u> Judge Henry found the defendant "competent," "acting voluntarily," that "he fully understands his rights and the potential consequences of his guilty plea," and that there "is a factual basis for the plea." <u>Id.</u> at 35. Finally, Judge Henry "recommend[ed] that the Court accept the defendant's

plea of guilty to Counts One and Two of the indictment." Id.  Accordingly, by this letter, the government respectfully requests that the Court accept the defendant's guilty plea to Counts One and Two of the Indictment.

Respectfully submitted,

BREON PEACE<br>
United States Attorney

By:       /s/
Alexander F. Mindlin
Ellen H. Sise
Adam Amir
Assistant U.S. Attorney
(718) 254-6116/6433

Enclosure

cc:     Clerk of Court (by ECF) (FB)
        Counsel of Record (by ECF)