UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER ACCEPTING |
| | GUILTY PLEA |
| - against - | |
| SAGAR SINGH, | Docket No. 23-CR-236 (FB) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - -X

IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant, offered on June 17, 2024, before the Honorable Marcia M. Henry, that the defendant pleaded guilty knowingly and voluntarily, and that there is a factual basis supporting the defendant's plea of guilty.

IT IS HEREBY ORDERED that the guilty plea of the defendant is accepted.

SO ORDERED

_____
HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, New York
           _____, 2024