# JEREMY GUTMAN
ATTORNEY AT LAW
**521 FIFTH AVENUE, 17TH FLOOR**
**NEW YORK, NEW YORK 10175-0038**

(212) 644-5200																		JGUTMAN@JEREMYGUTMAN.COM

November 27, 2024

**By ECF**

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Singh
                 23 Cr. 236 (FB)

Dear Judge Block:

     I am writing to request a modification of the conditions of release for my client, Sagar Singh, whose travel is restricted to New York City, Rhode Island (where he resides), and points between.

     Mr. Singh wishes to participate, along with friends from his community, in a recreational soccer league whose matches take place on weekends in Seekonk, Massachusetts, which is approximately a twenty-minute drive from Mr. Singh's residence. Specifics regarding these activities have been provided to Mr. Singh's Pretrial Services Agency supervisor in the District of Rhode Island, Timothy Donohue, and neither he nor Officer Valeria Lopez of this district's Pretrial Office has any objection to the proposed travel modification.

     Assistant United States Attorney Ellen Sise has advised us that the government also has no objection to the requested modification.

     Accordingly, I request that the Court modify Mr. Singh's bail conditions to permit him to travel to Massachusetts in order to participate in soccer matches.

                                    Respectfully,

                                    /s/
                                  Jeremy Gutman
                                  *Attorney for Defendant*
                                  *Sagar Singh*

Hon. Frederic Block
November 27, 2024
Page 2


cc. Ellen Sise, Esq.
  Alexander Mindlin, Esq.
  Adam Amir, Esq.
  *Assistant United States Attorneys* (by ECF)

  Valeria Lopez
  Timothy Donohue
  *United States Pretrial Services Officers* (by email)