

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:LDM
F. #2022R00315

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 29, 2025

By ECF
The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Nicholas Ceraolo
       Criminal Docket No. 23-236 (FB)

Dear Judge Block:

  Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Nicholas Ceraolo, has agreed to in connection with his guilty plea before the Honorable Marcia M. Henry on May 30, 2024, accepted by Your Honor on September 11, 2024. The government respectfully requests that the Court enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

  Thank you for Your Honor's consideration of this submission.

           Respectfully submitted,

           JOSEPH NOCELLA, JR.
           United States Attorney

      By: /s/ Laura D. Mantell
         Laura D. Mantell
         Assistant U.S. Attorney
         (718) 254-6253

Encl.: Preliminary Order of Forfeiture
cc:  Counsel of Record (by ECF)