

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:LDM
F. #2022R00315

271 Cadman Plaza East
Brooklyn, New York 11201

May 30, 2025

By ECF
The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Sagar Steven Singh
                Criminal Docket No. 23-236 (FB)

Dear Judge Block:

      Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Sagar Steven Singh, has agreed to in connection with his guilty plea before the Honorable Marcia M. Henry on June 17, 2024, accepted by Your Honor on October 4, 2024. The government respectfully requests that the Court enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:   /s/ Laura D. Mantell
      Laura D. Mantell
      Assistant U.S. Attorney
      (718) 254-6253

Encl.: Preliminary Order of Forfeiture
cc:    Counsel of Record (by ECF)